**FILED**

07/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0609

ARIANE WITTMAN and JEREMY
TAYLEN,

        Appellants,

-vs-

CITY OF BILLINGS,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER**

On June 22, 2021, this Court granted Appellants' motion for extension to file their reply brief, which is due July 30, 2021. The order stated that no further extensions would be granted.

Appellants have now filed a second motion for extension asking for an additional 14 days to file their brief.

IT IS ORDERED  that Appellants have until August 13, 2021, within which to file their reply brief.

The Court will not entertain any further extensions. If the brief is not filed by August 13, 2021, the matter will be submitted to the Court on the briefs filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 19 2021